

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-77,060

### BRANDON DANIEL, Appellant

### v.

### THE STATE OF TEXAS

### ON DIRECT APPEAL FROM AN ORDER REMOVING THE OFFICE OF CAPITAL WRITS AS HABEAS COUNSEL
### FILED IN CAUSE NO. D-1-DC-12-201718 IN THE 403RD DISTRICT COURT TRAVIS COUNTY

*Per curiam*.

## O P I N I O N

This is a direct appeal of the trial court's order removing the Office of Capital Writs as writ counsel in Cause No. D-1-DC-12-201718 filed in the 403rd District Court of Travis County, styled The State of Texas v. Brandon Daniel. Because the Office of Capital Writs has been reinstated as writ counsel for appellant, the appeal is moot and is, therefore, dismissed.

Do not publish
Delivered: October 28, 2015